UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE, ) | CASE NO.: C07-1341-JCC-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR PRELIMINARY |
| PAT PENDRY, et al., ) | INJUNCTION |
| ) | |
| Defendants. ) | |
| ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for a preliminary injunction (Dkt. 14) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 26th day of November, 2007.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Judge