01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  JOHN LITTLE,                           )   CASE NO. C07-1341-BHS-MAT
                                           )
09         Plaintiff,                      )
                                           )
10         v.                              )   ORDER RE: PENDING MOTIONS
                                           )
11  PAT PENDRY, et al.,                    )
                                           )
12         Defendants.                     )
    _____)
13

14      Plaintiff, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action, filed

15  a Motion to Compel Discovery (Dkt. 63) and a Motion for Extension of Time to Answer and for

16  Injunctive Relief (Dkt. 65). Neither motion was correctly noted. Defendants submitted an

17  objection to the request for an extension. (Dkt. 66.) The Court Orders as follows:

18      (1)    Plaintiff seeks a ninety-day extension of time to respond to defendants' pending

19  motion for summary judgment. Defendants object to this request. Having reviewed the parties'

20  submissions, the Court finds a shorter than requested extension appropriate. Plaintiff is hereby

21  GRANTED an extension, with his response to defendants' motion for summary judgment due no

22  later than **June 23, 2008** . Defendants' summary judgment motion (Dkt. 52) is re-noted for

ORDER RE: PENDING MOTIONS
PAGE -1

01 consideration as of **June 27, 2008**, with defendants' reply due as of that same date.

02     (2)    Plaintiff's motion to compel discovery (Dkt. 63) and his motion for injunctive relief

03 (Dkt. 65) are hereby noted for consideration on **June 6, 2008**.  Defendants' objections shall be

04 filed on or before **June 2, 2008** and plaintiff may reply on or before **June 6, 2008**.

05     (3)    The Clerk shall send a copy of this Order to plaintiff, to counsel for defendants, and

06 to the Honorable Benjamin H. Settle.

07     DATED this <u>28th</u> day of May, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PENDING MOTIONS
PAGE -2