01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  JOHN LITTLE,                          )    CASE NO. C07-1341-BHS-MAT
                                          )
09          Plaintiff,                    )
                                          )
10      v.                                )    ORDER DENYING PLAINTIFF'S
                                          )    MOTION TO COMPEL
11  PAT PENDRY, et al.,                    )
                                          )
12          Defendants.                    )
    _____ )
13

14      Plaintiff, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action, filed

15  a Motion to Compel Discovery (Dkt. 63).   He seeks to compel responses to specific

16  interrogatories, asserting the insufficiency of the defendants' objections. He also requests, without

17  any discussion, an extension of the time allowed for discovery.  Defendants object to the motion,

18  asserting plaintiff failed to comply with Federal Rule of Civil Procedure 37 and that plaintiff's

19  motion, filed nearly a month after the discovery cutoff, should be denied as untimely.  (Dkt. 68.)

20  Having considered all documents filed in support and in opposition to the pending motion, as well

21  as the remainder of the record, the Court does hereby find and ORDER:

22      (1)    As asserted by defendants, plaintiff failed to comply with Rule 37, which requires

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL
PAGE -1

01 a party moving to compel discovery to include a certification that he or she "has in good faith

02 conferred or attempted to confer with the person or party failing to make disclosure or discovery

03 in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1).  Plaintiff failed to include

04 such a certification and there is no evidence he made any effort to confer with defendants.  At best,

05 it appears plaintiff sent defendants a letter noting he objected to the interrogatory responses.  (*See*

06 Dkts. 61 & 71.)  However, this letter does not satisfy the requirements of Rule 37 or Local Rule

07 37(a)(2)(A), which states: "A good faith effort to confer . . . requires a face-to-face meeting or

08 a telephonic conference."  Moreover, as also asserted by defendants, plaintiff filed his motion to

09 compel well after the April 18, 2008 discovery cut-off deadline.  (*See* Dkts. 42 & 63.)  Plaintiff

10 gives no explanation for this delay, nor does he otherwise support his general request for an

11 extension of the discovery deadline.  Finally, a review of defendants' responses to the

12 interrogatories in question (*see* Dkts. 64 & 69) does not support plaintiff's contention as to their

13 inadequacy.  For all of these reasons, plaintiff's motion to compel is DENIED.

14        (2)      The Clerk shall send a copy of this Order to plaintiff, to counsel for defendants, and

15 to the Honorable Benjamin H. Settle.

16        DATED this 25th day of June, 2008.

17

18                                             _____
                                              Mary Alice Theiler
                                              United States Magistrate Judge

19

20

21

22

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL
PAGE -2