UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN LITTLE,<br><br>    Plaintiff,<br><br> v.<br><br>PAT PENDRY, et al.,<br><br>    Defendants. | CASE NO. C07-1341BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PLAINTIFF'S COMPLAINT, AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |

  This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Mary Alice Theiler (Dkt. 78) and Plaintiff's Motion for Injunctive Relief (Dkt. 79). The Court has considered the pleadings filed in support of and in opposition to the motions, the Report and Recommendation, and the remainder of the file and hereby adopts Judge Theiler's Report and Recommendation and denies Plaintiff's motion for the reasons stated herein.

  First, Judge Theiler recommends that the Court grant Defendants' Motion for Summary Judgement (Dkt. 52), deny Plaintiff's cross-motion for summary judgment (Dkt. 72), and dismiss Plaintiff's complaint. *Id*. Plaintiff did not file objections to the Report and Recommendation and has failed to show that there is clear error on the face of the record. Therefore, the Court adopts the Report and Recommendation.

Second, Plaintiff requests injunctive relief regarding his legal materials generated from this, as well as other actions. Dkt. 79. Plaintiff claims that he is soon to be released from confinement. *Id*. at 1; *see also* Dkt. 85 (Plaintiff released from confinement and mail returned undeliverable). Plaintiff also claims that he has accumulated over seven thousand pages of legal documents. Dkt. 79. at 1-2. Plaintiff requests that the Snohomish County Jail store Plaintiff's documents until "arrangements can be made for the transportation of the documents." *Id*. at 2. Plaintiff has provided no authority for the proposition that Snohomish County Jail should operate as a storage facility, and the Court denies Plaintiff's motion for injunctive relief.

Therefore, it is hereby

**ORDERED** that

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 78);

(2) Defendants' motion for summary judgment (Dkt. 52) is **GRANTED**, Plaintiff's cross-motion for summary judgment (Dkt. 72) and motion for injunctive relief (Dkt. 65) are **DENIED**, and this action is **DISMISSED** with prejudice;

(3) For purposes of 28 U.S.C. 1915(g), this action is dismissed on the ground that it is frivolous; and

(4) Plaintiff's Motion for Injunctive Relief (Dkt. 81) is **DENIED**.

DATED this 22nd day of August, 2008.

BENJAMIN H. SETTLE
United States District Judge