# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN LITTLE

JUDGMENT IN A CIVIL CASE

v.

PAT PENDRY, et al.,

CASE NUMBER: C07-1347BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendants' motion for summary judgment (Dkt. 52) is **GRANTED**, Plaintiff's cross-motion for summary judgment (Dkt. 72) and motion for injunctive relief (Dkt. 65) are **DENIED**, and this action is **DISMISSED** with prejudice;

For purposes of 28 U.S.C. 1915(g), this action is dismissed on the ground that it is frivolous; and

Plaintiff's Motion for Injunctive Relief (Dkt. 81) is **DENIED**.

| August 26, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk